IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES BECTON, EUGENE CHEERS, ADOLPH MARMON, JR., NORMAN MARSHALL, and MAURICE PELLY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 03-2982 Ml/V ) |
| CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE REMAINING DATES ON THE SCHEDULING ORDER**

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motions for Summary Judgment, filed October 14, 2005, and Defendant's Objection to Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (or in the Alternative, Defendant's Motion to Have to Court Extend the Remaining Dates on the Scheduling Order if it Grants Plaintiffs' Motion), filed October 20, 2005. Good cause having been shown, Court GRANTS Plaintiffs' motion for an extension of time and GRANTS Defendant's motion to reset the trial schedule. Plaintiffs' response to Defendant's motion for summary judgment is due November 14, 2005. The trial schedule is hereby RESET as follows:

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 11-7-05



- The jury trial in this matter is set to begin on <u>Monday, January 23, 2006, at 9:30 a.m.</u>;

- A pretrial conference is set for <u>Tuesday, January 17, 2006, at 8:45 a.m.</u>;

- The pretrial order, proposed jury instructions, and voir dire questions are due by no later than 4:30 p.m. on <u>January 9, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this  4  day of November, 2005.

_____
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CV-02982 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Kathryn Mrkonich Wilson
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

Andrew J. Voss
LITTLER MENDELSON
33 South 6th Street
Ste 3110
Minneapolis, MN 55402

Ruon S Sawyer
LITTLER MENDELSON
33 South 6th St
Ste 3110
Minneapolis, MN 55402

Stephanie D. Sarantopoulos
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William E. Ready
READY & ASSOCIATES
P.O. Box 927
Meridian, MS 39302--090

Allan G. King
LITTLER MENDELSON, P.C.
2001 Ross Ave. Ste 2600
Lock Box 116
Dallas, TX 75201--293

Keith C. Hult
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Shanthi V. Gaur
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT