IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES BECTON, EUGENE CHEERS, ADOLPH MARMON, JR., NORMAN MARSHALL, and MAURICE PELLY, <br><br> Plaintiffs, <br><br> v. <br><br> CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 03-2982 Ml/V ) ) ) ) ) |

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE
SCHEDULING ORDER WITH RESPECT TO THE TRIAL DATE**

Before the Court is Defendant's Motion to Modify the Scheduling Order with Respect to the Trial Date, filed November 14, 2005, and Plaintiffs' Response to Motion to Modify Scheduling Order with Respect to Trial Date, filed November 16, 2005. Good cause having been shown, Court GRANTS Defendant's motion to modify the trial schedule. The trial schedule is hereby RESET as follows:

- The jury trial in this matter is set to begin on <u>Tuesday, February 21, 2006, at 9:30 a.m.</u>;

- A pretrial conference is set for <u>Tuesday, February 14, 2006, at 8:45 a.m.</u>;

- The pretrial order, proposed jury instructions, and voir dire questions are due by no later than <u>4:30 p.m. on</u>

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05



February 6, 2006.

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 22 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:03-CV-02982 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Stephanie D. Sarantopoulos
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William E. Ready
READY & ASSOCIATES
P.O. Box 927
Meridian, MS 39302--090

Allan G. King
LITTLER MENDELSON, P.C.
2001 Ross Ave. Ste 2600
Lock Box 116
Dallas, TX 75201--293

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Shanthi V. Gaur
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Andrew J. Voss
LITTLER MENDELSON
33 South 6th Street
Ste 3110
Minneapolis, MN 55402

Keith C. Hult
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Ruon S Sawyer
LITTLER MENDELSON
33 South 6th St
Ste 3110
Minneapolis, MN 55402

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kathryn Mrkonich Wilson
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

Honorable Jon McCalla
US DISTRICT COURT