FILED BY _____ OK ___ DC

**UNITED STATES DISTRICT COURT**
05 DEC 12  AM 9: 06  **WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED        CAS    D.C.

2005 NOV 28  PM 4: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN

| | |
|---|---|
| JAMES BECTON, EUGENE CHEERS, ADOLPH MARMON, JR., NORMAN MARSHALL, and MAURICE PELLY, | )  Civil Action No.  2:03cv2982 M1-V )  Honorable Jon P. McCalla |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION OF DEFENDANT
CANADIAN NATIONAL/ILLINOIS
CENTRAL RAILROAD FOR LEAVE
TO FILE <u>INSTANTER</u> THE
ATTACHED REPLY MEMORANDUM
IN SUPPORT OF ITS MOTIONS FOR
SUMMARY JUDGMENT

Granted
Dec. 8 2005
Jon P McCalla

Defendant (hereinafter "Illinois Central") moves the Court for leave to file the attached reply memorandum <u>instanter</u>.  In support of this Motion, Illinois Central states as follows:

1.   On October 14, 2005, Illinois Central filed and served its motions for summary judgment with respect to each of the Plaintiffs' Complaints in the above-captioned matter.

2.   By Order of the Court dated November 4, 2005, Plaintiffs had until November 14, 2005, in which to file and serve their responsive papers in opposition to Illinois Central's motions for summary judgment with respect to the pending Complaints of the four Plaintiffs who remain parties in this case.

3.   Plaintiffs filed their papers in opposition to Illinois Central's motions for summary judgment on November 4, 2005.  Illinois Central received Plaintiffs' responsive papers on November 10, 2005.

4.   Illinois Central has reviewed and analyzed Plaintiffs' responsive papers in opposition to summary judgment, and has determined that some of the issues raised therein require a brief response or legal or factual clarification.  Accordingly, Illinois Central has

74

prepared the attached reply memorandum in support of its motions for summary judgment, for which it seeks leave to file <u>instanter</u>.

5.      Illinois Central submits that these papers are drafted and should be accepted for good cause shown, and to ensure that the Court is properly briefed as to the respective positions of the parties with respect to the summary judgment issues.

6.      Illinois Central respectfully requests leave to file the attached reply memorandum <u>instanter</u>, and submits that denial of this request could prejudice its position, while granting of the motion will not cause unnecessary delay or prejudice to Plaintiffs' position or to the Court's schedule.

WHEREFORE, based upon the foregoing, Defendant respectfully requests that the Court grants its Motion for Leave to File <u>Instanter</u> the Attached Reply Memorandum in Support of Its Motions for Summary Judgment.

Date: November 28, 2005

Andrew J. Voss (#MN 241556)
*Admitted Pro Hac Vice*
**LITTLER MENDELSON, P.C.**
33 South 6th Street - Suite 3110
Minneapolis, MN 55402.3716
Telephone: 612.630.1000
Facsimile: 612.630.9626

Charles W. Hill (#5452)
GLANKLER BROWN PLLC
One Commerce Square, Suite 1700
Memphis, TN 38103
Telephone: 901.576.1846
Facsimile: 901.525.2389

**ATTORNEYS FOR DEFENDANT
CANADIAN NATIONAL/ILLINOIS
CENTRAL RAILROAD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 28 day of November, 2005 via U.S. Mail, postage prepaid to the following counsel of record:

William E. Ready, Esq.
Ready and Associates
P.O. Box 927
Meridian, Mississippi 39302

Donald A. Donati, Esq.
Donati Law Firm LLP
1545 Union Avenue
Memphis, Tennessee 38104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:03-CV-02982 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Keith C. Hult
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kathryn Mrkonich Wilson
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

Andrew J. Voss
LITTLER MENDELSON
33 South 6th Street
Ste 3110
Minneapolis, MN 55402

Shanthi V. Gaur
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Ruon S Sawyer
LITTLER MENDELSON
33 South 6th St
Ste 3110
Minneapolis, MN 55402

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Stephanie D. Sarantopoulos
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William E. Ready
READY & ASSOCIATES
P.O. Box 927
Meridian, MS 39302--090

Allan G. King
LITTLER MENDELSON, P.C.
2001 Ross Ave. Ste 2600
Lock Box 116
Dallas, TX 75201--293

Honorable Jon McCalla
US DISTRICT COURT