IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 21 AM 9:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES BECTON, EUGENE CHEERS, ADOLPH MARMON, JR., NORMAN MARSHALL, and MAURICE PELLY,<br><br>        Plaintiffs,<br><br>v.<br><br>CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD,<br><br>        Defendant. | No. 03-2982 Ml/V |

## ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE TRIAL

Before the Court is Plaintiffs' Motion to Continue Trial and Memorandum in Support Thereof, filed December 15, 2005. In their motion, Plaintiffs state that Defendant does not oppose this request. Good cause having been shown, Court GRANTS Plaintiffs' motion. The trial schedule is hereby RESET as follows:

- The jury trial in this matter is set to begin on <u>Monday, May 22, 2006, at 9:30 a.m.</u>;

- A pretrial conference is set for <u>Monday, May 15, 2006, at 9:00 a.m.</u>;

- The pretrial order and proposed jury instructions are due by no later than <u>4:30 p.m. on May 8, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-21-05

77

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 20 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:03-CV-02982 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Keith C. Hult
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Andrew J. Voss
LITTLER MENDELSON
33 South 6th Street
Ste 3110
Minneapolis, MN 55402

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Ruon S Sawyer
LITTLER MENDELSON
33 South 6th St
Ste 3110
Minneapolis, MN 55402

Shanthi V. Gaur
LITTLER MENDELSON, P.C.
200 North La Salle Street
Ste 2900
Chicago, IL 60601--101

Stephanie D. Sarantopoulos
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William E. Ready
READY & ASSOCIATES
P.O. Box 927
Meridian, MS 39302--090

Kathryn Mrkonich Wilson
LITTLER MENDELSON, P.C.
33 South 6th Street
Ste 3110
Minneapolis, MN 55402--371

Allan G. King
LITTLER MENDELSON, P.C.
2001 Ross Ave. Ste 2600
Lock Box 116
Dallas, TX 75201--293

Honorable Jon McCalla
US DISTRICT COURT